| Attorney or Party without Attorney: Michael S. Morrison (SBN 205320) ALEXANDER MORRISON + FEHR LLP 1900 Avenue of the Stars Suite 900 Los Angeles, CA 90067 Telephone No: 310-394-0888  Attorney For: Plaintiff | Ref. No. or File No.: T. Ortega | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: THERESA ORTEGA, an individual, et al.
Defendant: UNITEDHEALTH GROUP, INC., a Corporation, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 3:23-cv-05596-KAW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Electronic Filing; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order For Magistrate Judge Kandis A. Westmore

3. a. Party served:     OPTUM CARE, INC., a Corporation
   b. Person served:   Sarai Marin, Authorized to Accept service for CT Corporation System, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   330 North Brand Boulevard Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Nov 06, 2023 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)                          d. **The Fee** for Service was:   $102.67
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/06/2023
(Date)                                        (Signature)



PROOF OF SERVICE

9874869
(5502428)