

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

November 20, 2023

Michael Scott Morrison
Alexander Morrison + Fehr LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Re:    Theresa Ortega, et al. v. UnitedHealth Group, Inc. et al.
Case Number: 23-cv-05596-KAW

Dear Counsel/Parties:

This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. Plaintiffs are requested to complete the attached form documenting either consent or declination and file it with the Court by **December 4, 2023.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

                                          Mark B. Busby
                                          Clerk of Court, United States District Court

                                          By  _/s/ William Tabunut_____

                                          William F. Tabunut, Deputy Clerk to the
                                          Honorable KANDIS A. WESTMORE

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA ORTEGA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITEDHEALTH GROUP, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-05596-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )    **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )    **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                              NAME: _____

                                   COUNSEL FOR (OR "PRO SE"):

                                   _____

                                   _____
                                   Signature

*REV. 9-19*