Tao Y. Leung (SBN 254265)
Michelle Roberts Gonzales (SBN 292075)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
tao.leung@hoganlovells.com
michelle.gonzales@hoganlovells.com

Attorneys for Defendants,
UNITED HEALTHGROUP, INC.; OPTUM
SERVICES, INC.; OPTUM CARE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA ORTEGA, an individual, GABRIELA ROCHA, an individual, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., a corporation; OPTUM SERVICES, INC., a corporation; OPTUM CARE, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:23-cv-05596-KAW<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

1  Pursuant to Civil L.R. 6-1(a), Plaintiffs Theresa Ortega and Gabriela Rocha (collectively,
2  "Plaintiffs") and Defendants UnitedHealth Group, Inc., Optum Services, Inc. and Optum Care, Inc.
3  (collectively, "Defendants") by and through their respective counsel of record, hereby stipulate as
4  follows:

5  WHEREAS, on or about October 30, 2023, Plaintiffs filed a Complaint against Defendants;

6  WHEREAS, on or about November 6, 2023, Plaintiffs served the Complaint and Summons
7  on Optum Services, Inc. and Optum Care, Inc. ("Optum Defendants") via their agent for service of
8  process;

9  WHEREAS, on November 16, 2023, counsel for Defendants e-mailed counsel for Plaintiffs
10 and offered to accept service on behalf of Defendant UnitedHealth Group, Inc., via a waiver
11 pursuant to Federal Rule of Civil Procedure 4, and Plaintiffs' counsel sent the waiver form on the
12 same day;

13 WHEREAS, on November 17, 2023, counsel for Defendants conferred with counsel for
14 Plaintiffs requesting an extension on the Optum Defendants' deadline to respond to the Complaint
15 in order to make the deadline the same for all Defendants;

16 WHEREAS, on November 17, 2023, counsel for Plaintiffs agreed to Defendants' request;

17 WHEREAS, there have not been any previous modifications to other case deadlines, whether
18 by stipulation or Court order;

19 WHEREAS, the stipulated extension will not alter the date of any event or deadline already
20 fixed by Court order; and

21 WHEREAS, Defendants do not waive any defenses and reserves the right to assert any
22 applicable defenses in response to the Complaint.

23 **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties
24 hereto, through their respective counsel, the Optum Defendants deadline to respond to Plaintiffs'
25 Complaint is now **January 16, 2024.**

|     |                              |     |                                                   |
| --- | ---------------------------- | --- | ------------------------------------------------- |
|     |                              |     | Respectfully submitted,                           |
|     |                              |     | HOGAN LOVELLS US LLP                              |
|     | DATED: November 22, 2023     | By: | */s/ Tao Y. Leung*                                |
|     |                              |     | Tao Y. Leung                                      |
|     |                              |     | Michelle Roberts Gonzales                         |
|     |                              |     | *Attorneys for Defendants*                        |
|     |                              |     | UNITED HEALTHGROUP, INC.; OPTUM                   |
|     |                              |     | SERVICES, INC.; OPTUM CARE, INC.                  |
|     |                              |     |                                                   |
|     |                              |     | ALEXANDER MORRISON + FEHR, LLP                    |
|     | DATED: November 22, 2023     | By: | */s/ Michael S. Morrison*                         |
|     |                              |     | Michael S. Morrison                               |
|     |                              |     | Jacqueline Gil                                    |
|     |                              |     | *Attorneys for Plaintiffs*                        |
|     |                              |     | TERRY ORTEGA; GABRIELA ROCHA                      |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted are registered CM/ECF filers and concur in the filing's contents and have authorized the filing.

Dated: November 22, 2023              /s/ Tao Y. Leung
                                      Tao Y. Leung